IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHL VARIABLE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 12-318-LPS |
| v. | ) | |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, as Securities Intermediary, | ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and subject to the approval of the Court, that the time within which defendant U.S. Bank National Association, as Securities Intermediary, must move, answer or otherwise respond to the Complaint is extended through and including May 31, 2012.

RLF1 6001000v. 1

/s/ Keith A. Walter, Jr.
Keith A. Walter, Jr. (#4157)
Daniel Marcus Attaway (#5130)
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 252-4258
kwalter@cblh.com
dattaway@cblh.com

*Attorneys for Plaintiff PHL Variable Insurance Company*

Dated: May 3, 2012

/s/ Travis S. Hunter
Chad M. Shandler (#3796)
Travis S. Hunter (#5350)
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
Tel: (302) 651-7836
shandler@rlf.com
hunter@rlf.com

OF COUNSEL:

John Shubin, Esquire
Juan J. Farach, Esquire
Shubin & Bass, P.A.
46 S.W. 1st St., 3rd Floor
Miami, Florida 33130
jshubin@shubinbass.com
jfarach@shubinbass.com

*Attorneys for Defendant U.S. Bank National Association, as Securities Intermediary*

SO ORDERED this _____ day of May, 2012.

_____
United States District Judge