IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, as Securities Intermediary<br><br>                    Defendant. | Case No. 12-cv-318-LPS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff and Defendant, by and through their undersigned attorneys, hereby stipulate to the dismissal of the above-captioned action with prejudice. Each party shall bear its own attorneys' fees and costs.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Keith A. Walter
Keith A. Walter (#4157)
1007 N. Orange Street
Wilmington, DE 19801
Telephone: (302) 252-4258
Fax: (302) 658-5614
kwalterjr@cblh.com

*Of Counsel:*
Thomas F. A. Hetherington, Esq.
Jarrett E. Ganer, Esq.
EDISON, MCDOWELL & HETHERINGTON LLP
Phoenix Tower 3200 Southwest Freeway, Suite 2100
Houston, Texas 77027
tom.hetherington@emhllp.com
jarrett.ganer@emhllp.com

*Attorneys for Plaintiff PHL Variable Insurance Company*

Dated: January 10, 2013

RICHARDS LAYTON & FINGER

/s/ Travis S. Hunter
Chad M. Shandler (#3796)
Travis S. Hunter (#5350)
One Rodney Square
920 North King Street
Wilmington, DE 79801
Telephone: (302) 651-7836
shandler@rlf.com
hunter@rlf.com

*Of Counsel:*
John K. Shubin, Esq.
Juan J. Farach, Esq.
SHUBIN & BASS, P.A.
46 S.W. 1st St., 3rd Floor
Miami, Florida 33130
Tel: (305) 381-6060
jshubin@shubinbass.com
jfarach@shubinbass.com

*Attorneys for Defendant U.S. Bank National Association, as Securities Intermediary*

Dated: January 10, 2013